IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**MEC, INC. d/b/a THE PONY**                                                **PLAINTIFF**

**v.**                                                                  **CAUSE NO. 1:15cv50-SA-DAS**

**LOWNDES COUNTY BOARD OF SUPERVISORS;**
**LOWNDES COUNTY CHANCERY CLERK;**
**LOWNDES COUNTY; AND JOHN DOES 1-10**                                    **DEFENDANTS**
_____

**AGREED JUDGMENT OF DISMISSAL WITHOUT PREJUDICE**
_____

**UPON** the announcement of Plaintiff, MEC, Inc. d/b/a The Pony that it wishes to voluntarily dismiss the instant action against Defendants, Lowndes County Board of Supervisors, Lowndes County Chancery Clerk and Lowndes County, Mississippi, without prejudice pursuant to FED. R. CIV. P. 41(a)(2), and upon consideration that these Defendants, as all Defendants who have appeared, do not oppose the dismissal being without prejudice, this Court finds that the terms of the dismissal of this action are proper and that this cause of action should be, and hereby is, dismissed without prejudice.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that any and all claims that were or could have been brought by Plaintiff, MEC, Inc. d/b/a The Pony, against Defendants, Lowndes County Board of Supervisors, Lowndes County Chancery Clerk and Lowndes County, Mississippi, in the above-styled and numbered cause are hereby dismissed without prejudice, with each party to bear their respective attorneys' fees, costs and expenses.

**SO ORDERED AND ADJUDGED,** this the 16th day of February, 2016.

                                                                 **/s/ Sharion Aycock**
                                                                  **U.S. DISTRICT JUDGE**